Joseph Arias, SBN 47399
Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185
Christopher.Lockwood@AriasLockwood.Com

Attorneys for Plaintiff

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDEVELOPMENT AGENCY OF THE CITY OF SAN BERNARDINO, a public entity,<br><br>　　　　Plaintiff,<br><br>　　-vs.-<br><br>JAIME ALVAREZ, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. ED CV 02-142-RSWL<br><br>ORDER DISMISSING LAWSUIT WITH PREJUDICE |

This lawsuit was originally filed in state court and then removed to federal court. (Docket number 1) Plaintiff filed a motion to remand the case to state court. (Docket number 17) On October 15, 2003 Judge Timlin issued orders remanding all state law claims and all counterclaims and cross-claims to state court. The net effect of the court's orders is that only a single civil RICO claim remains pending in this action. (Docket numbers 141 and 142)

The only parties to the civil RICO claim are plaintiff and defendants Jaime Alvarez, Marisela Alvarez Labastida, Elena Labastida, Victor Labastida, Jason Bosch, Hector Labastida Construction, Eunice Alvarez, Gina Alvarez Bosch, Adrienna Holes, Hector Labistida, Leticia Eastland, Troy Holes, Vicseth Construction, and Alvarez & Associates." All of these parties are represented by Rosen & Saba. (Docket number

141, page 13)

Pursuant to the stipulation of all of the parties who remain in this lawsuit, as authorized by Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this entire action is dismissed, with prejudice, and each party will bear his/her/its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: 10-29-12

RONALD S.W. LEW
HON. RONALD S.W. LEW
Senior, U.S. District Court Judge